ACCEPTED
01-15-00306-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 5:14:06 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00306-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/9/2015 5:14:06 PM

CHRISTOPHER A. PRINE
Clerk

HERCULES OFFSHORE SERVICES, LLC
AND HERCULES INTERNATIONAL ASSET COMPANY, LTD.,
*Appellants*,

v.

GEORGE TRUE TILLMAN,
*Appellee*.

Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause 2009-42367

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEE

TO THE HONORABLE COURT OF APPEALS:

Appellee, George True Tillman, respectfully files this unopposed second motion for extension of time to file his brief of appellee.

1.     The present deadline for filing the brief is November 13, 2015.

2.     Appellee seeks a 30-day extension, until December 14, 2015, in which to file his brief.

3.     This is Appellee's second request for an extension of time to file his brief.

1861.001/569020

4.     This motion is unopposed.

5.     The following grounds provide "good cause" for extending the time to file the brief.

First, the parties are in the process of settling this litigation and anticipate that the settlement will be fully memorialized in the near future. Thus, the parties request a 30-day extension to permit them to conclude the settlement documents— at which time a joint motion to dismiss the appeal will be filed.

Second, lead counsel, Russell Post, has been and continues to be engaged in other litigation with imminent deadlines that will prevent him from completing the brief before the present deadline, including, but not limited to, the following:

- Preparation for presentation of argument in No. 05-14-01148-CV; *Greenwood Motor Lines, Inc., et al. v. Bobbie Bush*; In the Fifth Court of Appeals. Oral argument occurred on October 20, 2015, in Dallas, Texas, and has been followed by post-submission briefing.

- Participation in trial in No. 2013-61098; *Scott D. Martin and SKM Partnership, Ltd. v. Andrews Kurth LLP*; In the 234th Judicial District Court of Harris County, Texas. The pretrial conference was held on October 8, and the trial began on October 20, 2015 and is expected to continue until November 9, 2015.

6.     This motion is not filed for the purpose of delay, but to allow counsel adequate time to conclude the settlement discussions or, in the unlikely event that it proves to be necessary, to prepare the brief.

For these reasons, Appellee requests that this Court grant an extension of time to file his brief until December 14, 2015.

Respectfully submitted,

**BECK REDDEN LLP**

By: /s/ *Russell S. Post*
    Russell S. Post
    State Bar No. 00797258
    rpost@beckredden.com
    Chad Flores
    State Bar No. 24059759
    cflores@beckredden.com
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
(713) 951-3700
(713) 951-3720 (Fax)

**ARNOLD & ITKIN LLP**
Jason A. Itkin
State Bar No. 24032461
jitkin@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800
(713) 222-3850 (Fax)

**PIERCE CHAPMAN SKRABANEK BRUERA, PLLC**
Michael E. Pierce
State Bar No. 24039117
michael@pcsblaw.com
3701 Kirby Drive, Suite 760
Houston, TX 77098
(832) 690-7000
(832) 575-4840 (Fax)

**ATTORNEYS FOR APPELLEE GEORGE TRUE TILLMAN**

## CERTIFICATE OF CONFERENCE

I certify that my office conferred with Counsel for Appellant, and Appellant does not oppose the requested extension.

/s/ *Russell S. Post*
Russell S. Post


## CERTIFICATE OF SERVICE

I certify that on November 9, 2015, a copy of the foregoing motion was served upon the following counsel of record in compliance with the Texas Rules of Appellate Procedure:

Sean D. Jordan
SUTHERLAND ASBILL & BRENNAN LLP
600 Congress Ave., Suite 2000
Austin, TX 78701
sean.jordan@sutherland.com

Juan C. Garcia
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, TX 77002
juan.garcia@sutherland.com

*Attorneys for Hercules Defendants*

/s/ *Russell S. Post*
Russell S. Post